UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**
**FILED**
OCT - 2 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) **4:24CR513 HEA/RHH**
)
KEVIN BRYANT, and )
LANCE STOCKINGS, )
)
Defendants. )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about August 27, 2024, in St. Louis County, within the Eastern District of Missouri,

**KEVIN BRYANT, and**
**LANCE STOCKINGS,**

the Defendants herein, aided and abetted by each other and persons known and unknown to the Grand Jury, did knowingly and intentionally distribute N-phenyl-N-[1-2(-phenyl-ethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance drug.

In violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT TWO

The Grand Jury further charges that:

On or about August 29, 2024, in St. Louis County, within the Eastern District of Missouri,

**KEVIN BRYANT, and**
**LANCE STOCKINGS,**

the Defendants herein, aided and abetted by each other and persons known and unknown to the Grand Jury, did knowingly and intentionally distribute N-phenyl-N-[1-2(-phenyl-ethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance drug.

In violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
NICHOLE E. FRANKENBERG, #61126(MO)
Assistant United States Attorney